DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD J. VELEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0174

[March 26, 2025]

*CORRECTED OPINION*

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 50-1989-CF-008640-BXXX-MB.

Richard J. Velez, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Young v. Fla. Comm'n on Offender Review*, 225 So. 3d 940, 941 (Fla. 5th DCA 2017).

CIKLIN, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***